AO 442    (Rev. 5/93)  Warrant for Arrest

*[handwritten: 2003-2009-0360-2]*

# UNITED STATES DISTRICT COURT

*[handwritten: 11-9-580  DEA]*

**SOUTHERN**      District of      **ALABAMA**

*[handwritten: 094716-W3]*

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

### V.

Case     06-00119-CB

**RAY ANTHONY HOLDER**

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **RAY ANTHONY HOLDER**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain    Order of court ☐ Violation     ☐ Probation Violation Petition

charging him or her      (brief description of offense)

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
FORFEITURE

*[stamp: RECEIVED U.S. MARSHAL MOBILE, ALABAMA  JUN -2  P 1:48  DISTRICT]*

in violation of      21     United States Code, Section(s)      846; 841(a)(1); 853

CHARLES R. DIARD, JR.             **CLERK**
Name of Issuing Officer                  Title of Issuing Officer

*[signature: Claire Roberts]*           JUNE 2, 2006 - MOBILE, ALABAMA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____    by _____
                                          Name of Judicial Officer

*[vertical stamp: FILED JUL 5 '06 PM 2 06 USDC-ALP]*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| *[handwritten: WHCAP Baldwin Co Jail]* |

| DATE RECEIVED *[handwritten: 06-02-06]* | NAME AND TITLE OF ARRESTING OFFICER *[handwritten: Angela D Garrie Criminal Program Spec]* | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST *[handwritten: 06-14-06]* | | |