AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America )<br>v. )<br>RAY ANTHONY HOLDER ) | Case No: 06-00119-CB |
| ) | USM No: 09476-003 |
| Date of Original Judgment: Sept. 21, 2007 ) | |
| Date of Previous Amended Judgment: ) | |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Amendment 782 did not have the effect of lowering the defendant's base offense level. The defendant was held accountable for 10 kilograms of methamphetamine (ice), which carries a pre- and post- amendment base offense level of 38.

Except as otherwise provided, all provisions of the judgment dated   Sept. 21, 2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 20, 2016                           s/Charles R. Butler, Jr.
                                                     *Judge's signature*

Effective Date: _____                              Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                     *Printed name and title*